IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **COURTNEY SALES,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:09-CV-42 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **VAN PEAVY, SHERIFF, et al.,** | : | 42 U.S.C. § 1983 |
| | : | |
| Defendants. | : | |
| _____ | : | |

*ORDER ON THE REPORT AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 31] to grant Defendants' Motions for Summary Judgment [Docs. 19, 20] of Plaintiff's claims pursuant to 42 U.S.C. § 1983, because no genuine issues of material fact exist. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motions for Summary Judgment are **GRANTED**, and the case is hereby **DISMISSED**.

**SO ORDERED,** this 18th day of March, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

THC/apg